AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marc Frucht, et al.,

    Plaintiffs,

V.

District of Columbia, et al.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:04CV00599

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 04/██/2004

/2

TO: (Name and address of Defendant)

District of Columbia
Office of Corporation Counsel
441 4th Street, NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl Messineo
Partnership for Civil Justice, Inc.
1901 Pennsylvania Ave. NW, Suite 607
Washington, D.C. 20006
(202) 530-5630

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     APR 1 2 2004

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10 June 2004 |
| NAME OF SERVER (PRINT) Deborah C. Anderson | TITLE Law clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 441 4th St NW, Suite 600, George Valentine, Deputy, at 4:08 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL $13.— | SERVICES 0 | TOTAL $13.— |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10 June 2004   Deborah C. Anderson
        Date                  Signature of Server

3636 16th St NW
#A-648
Washington, DC 20010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.