UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Marc Frucht, et al. | ) | 04-00599(RJL) |
| Plaintiff | ) | AFFIDAVIT OF SUBSTITUTE SERVICE |
| -vs- | ) | |
| District of Columbia, et al. | ) | Summons In A Civil Case and First Amended |
| Defendant | ) | Complaint |

Received by 1-800-SERVE-EM on April 26, 2006 at 2:06 PM to be served on Robert Hay, .

I, Rhon P. Evans, who being duly sworn, depose and say that on May 15, 2006 at 5:18 PM , I:

Served Robert Hay by delivering a true copy of the Summons In A Civil Case and First Amended Complaint with the date and hour of service endorsed thereon by me, at Robert Hay's usual place of abode, 1082 Whispering Woods Drive Canton, GA 30114, to a person residing therein, who is of the suitable age and discretion, to wit: Toni Hay, wife, informing said person of the contents thereof.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Rhon P. Evans
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2006132235
Reference: 04-00599(RJL)

State of: Georgia
County of: Fulton
Subscribed and sworn to before me
NOTARY PUBLIC