AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marc Frucht, et al.

                                        **SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

                        CASE NUMBER:    04-0~~5~~99 (RJL)

TO: (Name and address of Defendant)

**Timothy Steffes**
**848 S. Ivy Street**
**Arlington, VA 22204**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl Messineo
Mara Verheyden-Hilliard
Partnership for Civil Justice
10 G Street, NE Suite 650
Washington, DC 20004

an answer to the ~~amended~~ complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. _amended_

**NANCY MAYER-WHITTINGTON**                        **APR 14 2006**

CLERK                                                DATE

_Jackie Francis_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE<br>5/18/06 | TIME<br>9:29 PM |
|---|---|---|
| Service of the Summons and **First Amended** complaint was made by me[1] | | |

| NAME OF SERVER *(PRINT)*<br>Ambiko Guice | TITLE<br>Private Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  1805 Bladensburg Road, NE  Washington, DC 20002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/19/06___
Date

Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.